UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VINCENT B. HAMILTON, <br><br> Defendant. | Case No. 08-cr-30252-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Vincent B. Hamilton's request for a hearing on his challenge to the Government's execution of $65 held by the State of Illinois and application of that sum to the monetary portion of judgment in Hamilton's criminal case (Doc. 32). He claims that property is exempt from execution because it qualifies as "undelivered mail" under 26 U.S.C. § 6334(a)(5). The Court allowed Hamilton a chance to submit evidence showing a genuine issue of material fact that would justify an evidentiary hearing on the issue of whether the $65 is exempt from execution as "undelivered mail," but he has not submitted any materials. There being no evidence in the record to justify a hearing or an exemption of the $65 at issue in this case, the Court **DENIES** Hamilton's motion for a hearing (Doc. 32) and **FINDS** that the $65 the Government obtained from the State of Illinois and applied to Hamilton's criminal judgment is not exempt from execution as "undelivered mail."

**IT IS SO ORDERED.**
**DATED: March 21, 2011**

                                                                                    s/ J. Phil Gilbert
                                                                                    **J. PHIL GILBERT**
                                                                                     **U.S. DISTRICT JUDGE**